

FILED
DEC 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386 online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Louisiana Wholesale Drug Co., Inc. ) | CASE NUMBER 1:06CV02157 |
| ) | |
| vs   Plaintiff ) | JUDGE: Richard W. Roberts |
| ) | |
| Astrazeneca Pharmaceuticlas L.P., Astrazaneca ) | DECK TYPE: Antitrust |
| L.P., Zeneca, Inc., Zeneca Holdings, Inc. ) | |
| ) | DATE STAMP: 12/19/2006 |
| Defendant ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Louisiana Wholesale Drug Co.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Louisiana Wholesale Drug Co.__ which have any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__912899__                          David U. Fierst
BAR IDENTIFICATION NO.              Print Name

                                    1100 Connecticut Ave. N.W.
                                    Address

                                    Washington, D.C.      20036
                                    City        State     Zip Code

                                    202-737-7777
                                    Phone Number