CO-386-online
10/03

# United States District Court
# For the District of Columbia

Louisiana Wholesale Drug Co., Inc., )
)
)
)
        vs         Plaintiff )   Civil Action No. 1:06-cv-02157-RWR
)
ASTRAZENECA )
PHARMACEUTICALS L.P., et al. )
)
        Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __AstraZeneca Pharmaceuticals LP__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AstraZeneca Pharmaceuticals LP__ which have any outstanding securities in the hands of the public:

AstraZeneca PLC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

464422
BAR IDENTIFICATION NO.

Kristin Graham Koehler
Print Name

1501 K Street, N.W.
Address

Washington    DC    20005
City    State    Zip Code

(202) 736-8000
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that I this 18th day of January, 2007, caused to be served a true and correct copy of the Corporate Disclosure Statement of Defendant AstraZeneca Pharmaceuticals LP on below-listed counsel of record in this proceeding, by United States mail, properly addressed and first class postage prepaid.

                                                          /s/
                                        Kristin Graham Koehler

**COUNSEL OF RECORD:**

David U. Fierst (D.C. Bar 912899)
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein
Barry S. Taus
Brett Cebulash
Kevin S. Landau
Kimberly Hennings
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, New York 10011

J. Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
Percy, Smith & Foote LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Daniel Berger
David F. Sorensen
Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Brent B. Barriere
Phelps Dunbar LLP
365 Canal Street, Ste. 2000
New Orleans, LA 70130

Adam Moskowitz
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134