UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------x
LOUISIANA WHOLESALE DRUG CO., :     Case No. 1:06-cv-02157-RWR
INC., on behalf of themselves and all :
others similarly situated, :     CLASS ACTION COMPLAINT
 :
               Plaintiffs, :     JURY TRIAL DEMANDED
  v. :
 :
ASTRAZENECA PHARMACEUTICALS :
LP., ASTRAZENECA L.P., ZENECA, :
INC., and ZENECA HOLDINGS, INC., :
 :
               Defendants. :
---------------------------------------x
BURLINGTON DRUG COMPANY, INC., :     Case No. 1:07-cv-00041-RWR
DIK DRUG COMPANY, and KING DRUG :
COMPANY OF FLORENCE, INC., on :     CLASS ACTION COMPLAINT
behalf of themselves and all others similarly :
situated, :     JURY TRIAL DEMANDED
 :
             Plaintiffs, :
  v. :
 :
ASTRAZENECA PHARMACEUTICALS :
LP., ASTRAZENECA L.P., ZENECA, :
INC., and ZENECA HOLDINGS, INC., :     **AFFIDAVIT OF SERVICE**
 :
               Defendants. :
---------------------------------------x

STATE OF NEW YORK   )
                              )    ss.:
COUNTY OF NEW YORK  )

      ADAM WEISS, being duly sworn, deposes and says:

      I am not a party to this action, I am over 18 years of age and I reside in White Plains, New York.

      On the 1st day of February, 2007 at approximately 12:25 P.M. at Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 150 E 52nd Street, 30th Floor, New York, NY 10022, I did serve LWD Plaintiffs'

Motion for Entry of Proposed Case Management Order No. 1, Memorandum in Support of LWD Plaintiffs' Motion for Entry of Proposed Case Management Order No. 1 and [Proposed] Case Management Order No. 1, by hand delivery upon Sharmaine Sotomayer.

Sharmaine Sotomayer is a caucasian female, mid-20s with black hair.

_____
ADAM WEISS

Sworn to before me this
1st day of February, 2007

_____
Notary Public

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 20 /0