# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------X

LOUISIANA WHOLESALE DRUG CO., INC.
on behalf of itself and all others similarly
situated,
                    Plaintiff,

    v.                               CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
                    Defendants.


------------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on behalf
of themselves and all others similarly situated,
                    Plaintiffs,

    v.                               CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
                    Defendants
------------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

       Plaintiff Louisiana Wholesale Drug Co. Hereby moves pursuant to LcvR 83.2(d) for the

admission *pro hac vice* of Barry S. Taus.

       The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this

Court in good standing.

       The motion is supported by the declarations of Barry S. Taus.

/s/ David U. Fierst
David U. Fierst, #912899
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

Dated: March 8, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------X

LOUISIANA WHOLESALE DRUG CO.,
INC.  on behalf of itself and all others
similarly situated,
     Plaintiff,

   v.         CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
     Defendants.


------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
 DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
     Plaintiffs,

   v.         CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
     Defendants

------------------------------------------------------------X


## <u>DECLARATION OF BARRY S. TAUS, ESQ.</u>

   BARRY S. TAUS, seeking admission *pro hac vice* to the bar of this Court in the

above-captioned matter, hereby declares as follows under penalty of perjury:

   1.   I am a partner of the firm Garwin Gerstein & Fisher LLP.  My firm has been

retained to represent Plaintiffs in the above-captioned matters.

   2.   My office address is 1501 Broadway, Suite 1416, New York, NY 10036, and my

office telephone number is (212) 398-0055.

3.      I am admitted to practice before the New York State bar, as well as the bars of the following federal courts: United States District Courts for the Southern, and Eastern Districts of New York, United States Court of Appeals for the Sixth Circuit; and the United States Court of Appeals for the Eleventh Circuit.

4.      I have not been disciplined by any bar.

5.      I do not engage in the practice of law from an office located in the District of Columbia.

6.      I am not a member of the District of Columbia bar and do not have an application for membership pending.

7.      Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiffs and will also facilitate the efficient litigation of this matter.

8.      I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: March 20, 2007

Barry S. Taus, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

2