UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA

LOUISIANA WHOLESALE DRUG CO., INC.
   2085 I-49
   South Service Road
   Sunset, Louisiana 70584
On Behalf of itself and all others similarly situated,

VS.

ASTRAZENECA PHARMACEUTICALS L.P.;
ASTRAZENECA L.P., ZENECA, INC.; and
ZENECA HOLDINGS, INC.

CIVIL ACTION NO. 06-cv-02157

CLASS ACTION COMPLAINT

JURY TRIAL DEMAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d), plaintiff, Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated, by and through undersigned counsel, hereby moves this Court for leave for Susie Morgan to appear as counsel *pro hac vice* in the above referenced case. In support of this Motion, the undersigned states:

1.    Stein, Mitchell & Mezines LLP has been retained as counsel for Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated in this case.

2.    Susie Morgan has been retained as counsel for Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated. Susie Morgan is counsel at the Law Offices of Phelps Dunbar, LLP, 365 Canal Street, One Canal Place, Suite 2000, New Orleans, Louisiana 70130. Her telephone number is (504) 566-1311 and her fax number is (504) 568-9130.

3.    Ms. Morgan is a member in good standing of the Bar of the State of Louisiana since 1980 and, as such, is admitted to practice before the courts of the State of Louisiana.

NO.99767992.1

4. Ms. Morgan has not been admitted to any other Bar.

5. Ms. Morgan has not been subject to disciplinary action by any Bar or court.

6. Ms. Morgan has not been admitted *pro hac vice* in this court within the last two years.

7. Ms. Morgan does not engage in the practice of law from an office located in the District of Columbia.

8. Ms. Morgan is not a member of the District of Columbia Bar nor does she have an application for membership pending.

9. The Declaration of Susie Morgan required by Local Civil Rule 83.2(d) is attached to this Motion as "Exhibit A."

In light of the foregoing, Stein, Mitchell & Mezines LLP, respectfully requests that Susie Morgan be admitted to appear as counsel *pro hac vice* in the above referenced case. A proposed order consistent with the foregoing is attached hereto.

Respectfully, Submitted,

/s/ David U. Fierst
**David U. Fierst**
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
(202) 737-7777
Fax: (202) 296-8312
Email: dfierst@steinmitchell.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA

LOUISIANA WHOLESALE DRUG CO., INC.
    2085 I-49
    South Service Road
    Sunset, Louisiana 70584               CIVIL ACTION NO. 06-cv-02157
On Behalf of itself and all others similarly situated,

                                                    CLASS ACTION COMPLAINT
           VS.

                                                      JURY TRIAL DEMAND

ASTRAZENECA PHARMACEUTICALS L.P.;
ASTRAZENECA L.P., ZENECA, INC.; and
ZENECA HOLDINGS, INC.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

    UPON CONSIDERATION of Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated Motion for Admission *Pro Hac Vice* of Susie Morgan, and the grounds stated in support of the Motion and the Declaration of Susie Morgan, and the entire record herein, it is hereby

    ORDERED that Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated Motion is granted; and it is

    FURTHER ORDERED that Susie Morgan is admitted as Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated counsel *pro hac vice* in this case.

        So ordered on this _____ day of _____, 2007.


                                                                             _____
                                                                             Honorable Richard W. Roberts
                                                                             United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of March, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

Bruce E. Gerstein
Barry S. Taus
Brett Cebulash
Kevin S. Landau
Kimberly Hennings
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10011

Mark E. Haddad
Joshua B. Anderson
Alycia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

David P. Smith
W. Ross Foote
PERCY, SMITH & FOOTE LLP
720 Murray Street, P.O. Box 1632
Alexandria, LA 71309

John W. Treece
David M. Schiffman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Adam Moskowitz
KOZYAK TROPIN & THOCKMORTON
2525 Ponce de Leon Blvd.,
9th Floor
Miami, FL 33134

J. Gregory Odom
Stuart Des Roches
Charles Zimmer
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

Daniel Berger
David F. Sorensen
Eric L. Cramer
BERCIER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

NO.99767992.1

- 8 -

**COPIES TO:**

David U. Fierst
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein
Barry S. Taus
Brett Cebulash
Kevin S. Landau
Kimberly Hennings
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10011

John W. Treece
David M. Schiffman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

J. Gregory Odom
Stuart Des Roches
Charles Zimmer
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
PERCY, SMITH & FOOTE LLP
720 Murray Street, P.O. Box 1632
Alexandria, LA 71309

Mark E. Haddad
Joshua B. Anderson
Alycia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

Adam Moskowitz
KOZYAK TROPIN & THOCKMORTON
2525 Ponce de Leon Blvd.,
9th Floor
Miami, FL 33134

Daniel Berger
David F. Sorensen
Eric L. Cramer
BERCIER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA

LOUISIANA WHOLESALE DRUG CO., INC.
    2085 I-49
    South Service Road
    Sunset, Louisiana 70584
On Behalf of itself and all others similarly situated,

VS.

ASTRAZENECA PHARMACEUTICALS L.P.;
ASTRAZENECA L.P., ZENECA, INC.; and
ZENECA HOLDINGS, INC.

CIVIL ACTION NO. 06-cv-02157

CLASS ACTION COMPLAINT

JURY TRIAL DEMAND

*******************************************************************

DECLARATION OF SUSIE MORGAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

I, Susie Morgan, do declare and state the following under penalty of perjury:

1. My full name is Susie Morgan.

2. I am an attorney at Phelps Dunbar LLP. My office is located at 365 Canal Street, One Canal Place, Suite 2000, New Orleans, Louisiana 70130. My telephone number is (504) 566-1311 and my fax number is (504) 568-9130.

3. I have been retained as counsel for plaintiff, Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated, to appear as counsel *pro hac vice* in the above referenced case, pursuant to Untied States District Court of the District of Columbia Local Civil Rule 83.2(d).

4. I am a member in good standing of the Bar of the State of Louisiana since 1981, and as such I am admitted to practice before the Courts of the State of Louisiana.

5. I have not been admitted to any other Bar.

7. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _____ day of March, 2007 in New Orleans, Louisiana

Respectfully submitted,

PHELPS DUNBAR LLP

BY: _____
Susie Morgan (La. Bar No. 9715)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

- 6 -

NO.99767992.1