IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------X
Louisiana Wholesale Drug Co., Inc.,

        Plaintiffs,

        v.

AstraZeneca Pharmaceuticals, L.P.;
AstraZeneca L.P.; Zeneca, Inc.;
and Zeneca Holdings, Inc.

        Defendants.
------------------------------------------X

Civil Case Number:
1:06-cv-02157-RWR

## STIPULATION

This Stipulation relates to the following actions:

- *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR;

- *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR;

- *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR;

- *Louisiana Wholesale Drug. Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02157-RWR; and

- *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR

WHEREAS, the Complaints in the foregoing actions (the "Related Actions") were filed, and served on Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), on various dates between December 7, 2006, and January 12, 2007;

WHEREAS, the parties previously filed stipulations extending to March 28, 2007, the date for AstraZeneca to answer or otherwise respond to the Complaints in the Related Actions;

WHEREAS, on February 28, 2007, the Plaintiffs in the Related Actions filed separate Amended Complaints, which present meaningfully different allegations than were presented in the original Complaints;

WHEREAS, for the Court's and the parties' convenience, AstraZeneca intends to file a single motion to dismiss the Amended Complaints in all of the Related Actions, as well as a single reply to any opposition(s);

WHEREAS, the Plaintiffs in the Related Actions, for the Court's and the parties' convenience, seek to file a single, or at most, two, opposition(s) to AstraZeneca's motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to the Related Actions, as follows:

1.   AstraZeneca will file and serve its motion to dismiss the Related Actions on or before April 6, 2007.

2.   Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than May 4, 2007.

3.   AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but not later than May 25, 2007.

| | |
|---|---|
| By: _____/S/_____<br>David U. Fierst (D.C. Bar 912899)<br>Stein, Mitchell & Mezines LLP<br>1100 Connecticut Ave, N.W.<br>Suite 1100<br>Washington, DC 20036<br>(202) 737-7777<br>(202) 296-8312<br>(signed by Mark E. Haddad with permission of David U. Fierst)<br>*Attorney for Plaintiffs* | By: _____/S/_____<br>Mark E. Haddad (D.C. Bar No. 442547)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>(213) 896-6000<br>(213) 896-6600 (fax)<br>*Attorney for Defendants* |

Dated: March 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------X
Louisiana Wholesale Drug Co., Inc., :
:
    Plaintiffs, :
: Civil Case Number:
    v. : 1:06-cv-02157-RWR
:
AstraZeneca Pharmaceuticals, L.P.; :
AstraZeneca L.P.; Zeneca, Inc.; :
and Zeneca Holdings, Inc. :
:
    Defendants. :
:
------------------------------------X

### [PROPOSED] ORDER

Upon consideration of the Stipulation in the present proceedings, and it appearing to the Court that the Stipulation should be so ordered, it is hereby

ORDERED that the Stipulation is so ordered, and that:

1. AstraZeneca will file and serve its motion to dismiss the following Related Actions on or before April 6, 2007: *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR; *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR; *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR; *Louisiana Wholesale Drug. Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02157-RWR; and *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR.

2. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than May 4, 2007.

2

3. AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but not later than May 25, 2007.

SO ORDERED this _____ day of _____, 2007:

_____
Judge Richard W. Roberts

**Copies to:**

David U. Fierst (D.C. Bar 912899)
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave, N.W.
Suite 1100
Washington, DC 20036

Bruce E. Gerstein
Barry S. Taus
Bret Cebulash
Kevin S. Landau
Kimberly Hennings
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, NY 10011

L. Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
Percy, Smith & Foote LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309

Daniel Berger
David F. Sorensen
Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Brent B. Barriere
Phelps Dunbar LLP
365 Canal Street, Ste. 2000
New Orleans, LA  70130

Adam Moskowitz
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of March, 2007, served a true and correct copy of the foregoing on counsel of record in this proceeding, by electronic means, as well as on all counsel listed below by United States mail, properly addressed and first class postage prepaid.

/S/
Mark E. Haddad

David U. Fierst
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave, N.W.
Suite 1100
Washington, DC 20036

Bruce E. Gerstein
Barry S. Taus
Bret Cebulash
Kevin S. Landau
Kimberly Hennings
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, NY 10011

L. Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
Percy, Smith & Foote LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Daniel Berger
David F. Sorensen
Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Brent B. Barriere
Phelps Dunbar LLP
365 Canal Street, Ste. 2000
New Orleans, LA 70130

Adam Moskowitz
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 3313

LA1 902542v.1