**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.<br>    Defendants | Civil Action No. 1:06-cv-02157-RWR |

**MOTION FOR ADMISSION PRO HAC VICE OF ADAM M. MOSKOWITZ**

Plaintiff Louisiana Wholesales Drug Company, Inc., on behalf of itself and all others similarly situated, hereby moves pursuant to District of Columbia Local Civil Rule 83.2(d) for admission pro hac vice of Adam M. Moskowitz. In support of this motion, the undersigned states:

1. Stein, Mitchell & Mezines, LLP has been retained as counsel for Louisiana Wholesales Drug Company, Inc., on behalf of itself and all others similarly situated.

2. Adam M. Moskowitz has been retained to represent plaintiffs in this matter. Mr. Moskowitz is a partner in the firm Kizyak Tropin & Throckmorton, P.A., 2525 Ponce de Leon Boulevard, 9th Floor, Miami, Florida 33134.

3. Mr. Moskowitz is a member in good standing of the Florida Bar, as well as the United States District Court for the Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit.

4. Mr. Moskowitz has not bee disciplined by any bar.

5. He does not have an office for the practice of law in the District of Columbia, is not a member of the D.C. bar, and does not have an application for membership pending.

6. The Declaration of Adam M. Moskowitz is attached.

The undersigned respectfully requests that Adam M. Moskowitz be admitted to appear pro hac vice in the captioned case.

Respectfully submitted,

Dated:   April 4, 2007

/s/ David U. Fierst, Esq.
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
Tel: (202 737-7777
Fax: (202) 296-8312
E-mail: dfierst@steinmitchell.com

| | |
|---|---|
| GARWIN GERSTEIN & FISHER LLP | BERGER & MONTAGUE, P.C. |
| Bruce E. Gerstein | Daniel Berger |
| Barry S. Taus | David F. Sorenson |
| Brett Cebulash | Eric L. Cramer |
| Kevin Landau | BERGER & MONTAGUE, P.C. |
| 1501 Broadway, Suite 1416 | 1622 Locust Street |
| New York, NY 10036 | Philadelphia, PA 19103 |
| Tel: (212) 398-0055 | Tel: (800) 424-6690 |
| Fax: (212) 764-6620 | Fax: (215) 875-4604 |
| | |
| ODOM & DES ROCHES, L.L.P. | PHELPS DUNBAR, LLP |
| John Gregory Odom | Brent B. Barrier |
| Stuart E. Des Roches | 365 Canal Street, Suite 2000 |
| Suite 2020, Poydras Center | New Orleans, LA 70130 |
| 650 Poydras Street | Tel: (504) 566-1311 |
| New Orleans, LA 70130 | Fax: (504) 568-9130 |
| Tel: (504) 522-0077 | |
| Fax: (504) 522-0078 | |

| | |
|---|---|
| PERCY, SMITH & FOOTE, L.L.P. | KOZYAK TROPIN & THROCKMORTON |
| David P. Smith | Adam Moskowitz |
| Ross Foote | 2525 Ponce de Leon Blvd., 9th Floor |
| 720 Murray Street | Miami, FL 33134 |
| P.O. Box 1632 | Tel: (305) 372-1800 |
| Alexandria, LA 71309 | Fax: (305) 372-3508 |
| Tel: (318) 445-4480 | |
| Fax: (318) 487-1741 | Counsel for the LWD Plaintiffs |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

LOUISIANA WHOLESALE DRUG CO., INC.
on behalf of itself and all others similarly
situated,
         Plaintiff,

v.                                            CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
         Defendants.

-------------------------------------------------------------------X

## DECLARATION OF ADAM M. MOSKOWITZ, ESQ.

ADAM M. MOSKOWITZ, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1.     I am a partner of the firm Kozyak Tropin & Throckmorton, P.A. My firm has been retained to represent Plaintiffs in the above-captioned matter.

2.     My office address is 2525 Ponce de Leon Boulevard, 9th Floor, Miami, Florida 33134, and my office telephone number is (305) 372-1800.

3.     I am admitted to practice before the Florida Bar, as well as the bars of the following federal courts: United States District Courts for the Southern Districts of Florida, Third District Court of Appeals, United States Court of Appeals for the Eleventh Circuit.

4.     I have not been disciplined by any bar.

5.     I do not engage in the practice of law from an office located in the District of Columbia.

6.     I am not a member of the District of Columbia bar and do not have an application for membership pending.

7.  Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiff and will also facilitate the efficient litigation of this matter.

8.  I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: March 20, 2007

_____
Adam M. Moskowitz, Esq.
Kozyak Tropin & Throckmorton, P.A.
9th Floor
2525 Ponce de Leon Boulevard
Miami, Florida 33134
(305) 372-1800

3364/110/274598.1