UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X

LOUISIANA WHOLESALE DRUG CO.,
INC. on behalf of itself and all others
similarly situated,

        Plaintiff,

v.                            CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

        Defendants.

-----------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,

        Plaintiffs,

v.                            CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,

        Defendants

-----------------------------------------------------------------X

### **SUPPLEMENTAL DECLARATION OF ARCHANA TAMOSHUNAS, ESQ.**

ARCHANA TAMOSHUNAS, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1.     I am an attorney of the firm Garwin Gerstein & Fisher LLP. My firm has been retained to represent Plaintiffs in the above-captioned matters.

2.     My office address is 1501 Broadway, Suite 1416, New York, NY 10036, and my office telephone number is (212) 398-0055.

3. I am admitted to practice before the New York State bar, as well as the bars of the United States District Courts for the Southern and Eastern Districts of New York.

4. I have not been disciplined by any bar.

5. I have never requested admission *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the District of Columbia bar and do not have an application for membership pending.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiffs and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: April 26, 2007

Archana Tamoshunas, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055