**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------X
LOUISIANA WHOLESALE DRUG CO., INC.
on behalf of itself and all others similarly
situated,
    Plaintiff,

  v.            CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
    Defendants.

-----------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on behalf
of themselves and all others similarly situated,
    Plaintiffs,

  v.            CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS L.P.,
ASTRAZENECA L.P., ZENECA, INC., and
ZENECA HOLDINGS, INC.,
    Defendants
-----------------------------------------------------------------X

**PLAINTIFF'S SUPPLEMENTAL MOTION FOR ADMISSION *PRO HAC VICE***

  Plaintiffs Louisiana Wholesale Drug Co., Inc., Burlington Drug Company, Inc., Dik Drug Company, and King Drug Company of Florence, Inc., hereby move pursuant to LcvR 83.2(d) and this Honorable Court's Minute Order of April 23, 2007, for the admission *pro hac vice* of Charles F. Zimmer II. The Court deferred ruling on the motion pending receipt of a supplemental affidavit, which is submitted herewith.

The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

The motion is supported by the supplemental declaration of Charles F. Zimmer II.

/s/ David U. Fierst
David U. Fierst, #912899
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

Dated: May 4, 2007

### CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of May, 2007, served a true and correct copy of the foregoing on below-listed counsel of record in this proceeding, by electronic means, as well as by United States mail, properly addressed and first class postage prepaid.

/s/ David U. Fierst
David U. Fierst

**Counsel of Record:**

Mark Haddad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

John Treece
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

*Attorneys for Defendants*

David U. Fierst (D.C. Bar 912899)

Stein, Mitchell & Mezines LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Bruce E. Gerstein, Esq.
Barry S. Taus, Esq.
Brett Cebulash, Esq.
Kevin S. Landau, Esq.
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, NY 10036

Daniel Berger, Esq.
David F. Sorensen, Esq.
Eric Cramer, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

J. Gregory Odom, Esq.
Stuart E. Des Roches, Esq.
Charles F. Zimmer II, Esq.
Odom & Des Roches, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith, Esq.
W. Ross Foote, Esq.
Percy, Smith & Foote L.L.P.
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Brent B. Barriere, Esq.
Phelps Dunbar LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130

Adam Moskowitz, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9$_{th}$ Floor

Miami, Fl 33131-2335

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------X
LOUISIANA WHOLESALE DRUG CO., INC.
on behalf of itself and all others similarly
situated,
        Plaintiff,

v.                                              CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
        Defendants.

-----------------------------------------------------------------X
BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on behalf
of themselves and all others similarly situated,
        Plaintiffs,

v.                                              CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS L.P.,
ASTRAZENECA L.P., ZENECA, INC., and
ZENECA HOLDINGS, INC.,
        Defendants
-----------------------------------------------------------------X

**ORDER**

**UPON CONSIDERATION** of the Motion for Admission *Pro Hac Vice* of Charles F. Zimmer II, by Louisiana Wholesale Drug Co., Inc., Burlington Drug Company, Inc., Dik Drug Company, and King Drug Company of Florence, Inc., and the grounds stated in support of the Motion, and the Declaration of Charles F. Zimmer II, and the entire record herein, it is hereby **ORDERED** that the Motion is granted; and it is **FURTHER ORDERED** that Charles F. Zimmer II is admitted as counsel *pro hac vice* in this case for Louisiana

Wholesale Drug Co., Inc., Burlington Drug Company, Inc., Dik Drug Company, and King Drug Company of Florence, Inc.

So ordered on this _____ day of _____ , 2007.

                                                                       _____
                                                                       Honorable Richard W. Roberts
                                                                       United States District Judge

Copies To:

Mark Haddad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

John Treece
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

*Attorneys for Defendants*

David U. Fierst (D.C. Bar 912899)
Stein, Mitchell & Mezines LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Bruce E. Gerstein, Esq.
Barry S. Taus, Esq.
Brett Cebulash, Esq.
Kevin S. Landau, Esq.
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, NY 10036

Daniel Berger, Esq.
David F. Sorensen, Esq.
Eric Cramer, Esq.

Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

J. Gregory Odom, Esq.
Stuart E. Des Roches, Esq.
Charles F. Zimmer II, Esq.
Odom & Des Roches, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith, Esq.
W. Ross Foote, Esq.
Percy, Smith & Foote L.L.P.
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Brent B. Barriere, Esq.
Phelps Dunbar LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130

Adam Moskowitz, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9$_{th}$ Floor
Miami, Fl 33131-2335

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------X

LOUISIANA WHOLESALE DRUG CO.,
INC. on behalf of itself and all others
similarly situated,
          Plaintiff,

v.                                                            CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
          Defendants.

------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
          Plaintiffs,

v.                                                            CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
          Defendants

------------------------------------------------------------X

## SUPPLEMENTAL DECLARATION OF CHARLES F. ZIMMER II, ESQ.

CHARLES F. ZIMMER, II, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1.    I am an attorney of the firm Odom & Des Roches LLP. My firm has been retained to represent Plaintiffs in the above-captioned matters.

2.    My office address is Suite 2020, Poydras Center, 650 Poydras Street, New Orleans, LA 70130, and my office telephone number is (504) 522-0077.

3. I am admitted to practice before the Louisiana State bar; the United States District Court, Eastern, Middle, and Western Districts of Louisiana; the United States Court of Appeals, Fifth Circuit and the United States Supreme Court.

4. I have not been disciplined by any bar.

5. I have never requested admission *pro hac vice* in this court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the District of Columbia bar and do not have an application for membership pending.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiffs and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: April 30, 2007

Charles F. Zimmer, II
Odom & Des Roches LLP
Suite 2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: 504.522.0077