**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------X
LOUISIANA WHOLESALE DRUG CO.,
INC. on behalf of itself and all others
similarly situated,
                Plaintiff,

    v.                                    CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA,
INC.; and ZENECA HOLDINGS, INC.,
                Defendants.

-------------------------------------------------------------X
BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
                Plaintiffs,

    v.                                    CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
                Defendants
-------------------------------------------------------------X

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE***

      Plaintiffs Louisiana Wholesale Drug Co., Inc., Burlington Drug Company, Inc., Dik Drug Company, and King Drug Company of Florence, Inc. hereby move pursuant to LcvR 83.2(d) for the admission *pro hac vice* of David F. Sorensen.

      The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

      The motion is supported by the declaration of David F. Sorensen.

<u>/s/ David U. Fierst</u>
David U. Fierst, #912899
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

Dated: June 9, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X

LOUISIANA WHOLESALE DRUG CO.,
INC. on behalf of itself and all others
similarly situated,
   Plaintiff,

v.              CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA,
INC.; and ZENECA HOLDINGS, INC.,
   Defendants.

-----------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
   Plaintiffs,

v.              CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
   Defendants

-----------------------------------------------------------------X

**DECLARATION OF DAVID F. SORENSEN, ESQ.**

  DAVID F. SORENSEN, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

  1.  I am a member of the firm Berger & Montague, P.C., attorneys for Plaintiffs in the above-captioned matters.

  2.  My office address is 1622 Locust Street, Philadelphia, PA 19103, and my office telephone number is (215) 875-3000.

3. I am admitted to practice before the Supreme Court of Pennsylvania, the United States U.S. Courts of Appeal for the Second, Ninth, Tenth, and Eleventh Circuits, and the United States District Court for the Eastern District of Pennsylvania.

4. I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court in the matter of *In Re Nifedipine Antitrust Litigation*, No. 03-00223 (RJL), on behalf of plaintiff Rochester Drug Cooperative.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the District of Columbia bar and do not have an application for membership pending.

8. I have been requested to represent Plaintiffs in this matter.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiff and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: June 4, 2007

David F. Sorensen, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000