**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

―――――――――――――――――――――――――X
                                                          :

Walgreen Co., et al.,                               :
        Plaintiffs,                      :        Civil Case Number:
    v.                                               :        1:06-cv-02084-RWR

AstraZeneca Pharmaceuticals L.P., et al.,  :
        Defendants.              :
―――――――――――――――――――――――――X
                                                         :

Rite Aid Corporation and Rite Aid Hdqtrs. Corp., :
        Plaintiffs,                      :        Civil Case Number:
    v.                                               :        01:06-cv-02089-RWR

AstraZeneca Pharmaceuticals L.P., et al.,  :
        Defendants.             :
―――――――――――――――――――――――――X
                                                         :

Louisiana Wholesale Drug Co., Inc., on behalf of :
itself and all others similarly situated,           :
        Plaintiffs,                      :        Civil Case Number:
    v.                                               :
                                                         :        01:06-cv-02157-RWR
AstraZeneca Pharmaceuticals L.P., et al.,  :
        Defendants.             :
―――――――――――――――――――――――――X
                                                         :

Burlington Drug Company, Inc., Dik Drug
Company, and King Drug Company of Florence,
Inc., on behalf of themselves and all others
similarly situated,
        Plaintiffs,                      :        Civil Case Number:
    v.                                               :        01:07-cv-00041-RWR

AstraZeneca Pharmaceuticals L.P., et al.,  :
        Defendants.             :
―――――――――――――――――――――――――X
                                                         :

Meijer, Inc., and Meijer Distribution, Inc., on behalf:
of themselves and all others similarly situated,    :
        Plaintiffs,                      :        Civil Case Number:
    v.                                               :        01:06-cv-02155-RWR
AstraZeneca Pharmaceuticals L.P., et al.,  :
        Defendants.             :

_____X

## PLAINTIFFS' RESPONSE TO DEFENDANTS' SUBMISSION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS

Plaintiffs submit this *Response* to Defendants' *Submission of Supplemental Authority in Support of their Motion to Dismiss*. AstraZeneca's description of the Third Circuit's decision in *Penn. Employees Benefit Trust Fund v. Zeneca Inc.*, No 05-5340, 2007 U.S. App. LEXIS 19601 (3d Cir. August 17, 2007), as affirming the district court's dismissal of claims brought under the Delaware Consumer Fraud Act "on the ground that AstraZeneca's advertisements were supported by the FDA-approved label for Nexium©" is incomplete and misleading.

The Third Circuit did <u>not</u> affirm the district court on the ground that the advertisements were supported by the label. The Court affirmed on the different ground of preemption (a ground irrelevant here).

As to whether the advertisements were shielded by the label, the Third Circuit <u>rejected</u> the district court's conclusion, holding that "[a]lthough there is often a strong correlation between a drug's labeling and marketing, federal approval of labeling does not necessarily authorize marketing practices." *Id*. at *12. The Court went on to hold that, "[t]o the extent that the complaint alleges that Zeneca marketed Nexium as superior to Prilosec, those claims of superiority might be actionable inasmuch as such comparisons are not supported by the labeling and therefore might be false or misleading." *Id*. at *18-19. Of course, Plaintiffs here allege precisely these facts, but only as one small part of a broader scheme to monopolize. *See*, *e.g.* Walgreen First Amended Complaint at ¶¶ 62, 91-92.

Similarly, preemption was critical to the Florida state court decision, *Prohias v. AstraZeneca Pharmaceuticals, L.P.*, 958 So. 2d 1054, 2007 Fla. App. LEXIS 9168 (Fla. Dist. Ct.

App. June 13, 2007). There, the Florida State Court of Appeals affirmed the lower court's dismissal of Prohias' complaint because, among other pleading failures, "Plaintiff's state law claims would conflict with federal law and the FDA-approved Nexium labeling and therefore are preempted." *Id.* at *1-2.

Dated: October 10, 2007                              Respectfully submitted,

                                                     By: /s/ David U. Fierst
                                                     David U. Fierst (D.C. Bar 912899)
                                                     STEIN, MITCHELL & MEZINES, LLP
                                                     1100 Connecticut Avenue, N.W., Suite 1100
                                                     Washington, D.C. 20036-4195
                                                     Tel: 202-737-7777
                                                     Fax: 202-296-8312

Bruce E. Gerstein, Esq.                              David P. Smith, Esq.
Barry S. Taus, Esq.                                  W. Ross Foote, Esq.
Brett H. Cebulash, Esq.                              Percy, Smith & Foote L.L.P.
Kevin S. Landau, Esq.                                720 Murray Street
Elena K. Chan, Esq.                                  P.O. Box 1632
Garwin Gerstein & Fisher LLP                         Alexandria, LA 71309
1501 Broadway
Suite 1416
New York, New York 10036

Daniel Berger, Esq.                                  John Gregory Odom, Esq.
David F. Sorensen, Esq.                              Stuart E. Des Roches, Esq.
Eric Cramer, Esq.                                    Charles F. Zimmer II, Esq.
Berger & Montague                                    Odom & Des Roches, LLP
1622 Locust Street                                   Suite 2020, Poydras Center
Philadelphia, PA 19103                               650 Poydras Street
                                                     New Orleans, LA 70130

Adam Moskowitz, Esq.                                 Brent B. Barriere, Esq.
Kozyak Tropin & Throckmorton, P.A.                   Susie Morgan, Esq.
2525 Ponce de Leon Blvd., 9th Floor                Phelps Dunbar LLP
Miami, Fl 33131-2335                                 Canal Place
                                                     365 Canal Street
                                                     Suite 2000
                                                     New Orleans, Louisiana 70130

Robert D. W. Landon, III, Esq.
Richard Alan Arnold, Esq.
Scott E. Perwin, Esq.
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100, Miami FL 33131

Steve D. Shadowen, Esq.
Monica L. Rebuck, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street
Suite 700
Harrisburg, PA 17101-1713

Linda Nussbaum, Esq.
Robert N. Kaplan, Esq.
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue
New York, NY 10022

Paul Slater
SPERLING & SLATER, P.C.
55 W. Monroe Street
Suite 3200
Chicago, IL 60603

Lauren C. Ravkind, Esq.
KENNY NACHWALTER, P.A.
111 Congress Avenue
Suite 1060
Austin, TX 78701

Joseph T. Lukens, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6933

Joseph Vanek
David Germaine
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Dr., Ste. 4050
Chicago, IL 60606

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I caused to be electronically filed Plaintiffs' Response to Defendants' Submission of Supplemental Authority in Support of their Motion to Dismiss with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.

_____/S/_____
David U. Fierst (DC Bar No. 912899)

**Counsel of Record**

| | |
|---|---|
| Mark Haddad | John W. Treece |
| Joshua E. Anderson | David M. Schiffman |
| Alycia A. Degen | SIDLEY AUSTIN LLP |
| SIDLEY AUSTIN LLP | One South Dearborn |
| 555 West Fifth Street | Chicago, IL 60603 |
| Los Angeles, CA 90013 | |
| | *Attorneys for Defendants* |
| | |
| Bruce E. Gerstein, Esq. | David P. Smith, Esq. |
| Barry S. Taus, Esq. | W. Ross Foote, Esq. |
| Brett H. Cebulash, Esq. | Percy, Smith & Foote L.L.P. |
| Kevin S. Landau, Esq. | 720 Murray Street |
| Elena K. Chan, Esq. | P.O. Box 1632 |
| Garwin Gerstein & Fisher LLP | Alexandria, LA 71309 |
| 1501 Broadway | |
| Suite 1416 | |
| New York, New York 10036 | |
| | |
| Daniel Berger, Esq. | John Gregory Odom, Esq. |
| David F. Sorensen, Esq. | Stuart E. Des Roches, Esq. |
| Eric Cramer, Esq. | Charles F. Zimmer II, Esq. |
| Berger & Montague | Odom & Des Roches, LLP |
| 1622 Locust Street | Suite 2020, Poydras Center |
| Philadelphia, PA  19103 | 650 Poydras Street |
| | New Orleans, LA  70130 |

| | |
|---|---|
| Adam Moskowitz, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Fl 33131-2335 | Brent B. Barriere, Esq.<br>Susie Morgan, Esq.<br>Phelps Dunbar LLP<br>Canal Place<br>365 Canal Street<br>Suite 2000<br>New Orleans, Louisiana  70130 |
| Robert D. W. Landon, III, Esq.<br>Richard Alan Arnold, Esq.<br>Scott E. Perwin, Esq.<br>KENNY NACHWALTER, P.A.<br>201 South Biscayne Boulevard<br>Suite 1100, Miami FL 33131 | Lauren C. Ravkind, Esq.<br>KENNY NACHWALTER, P.A.<br>111 Congress Avenue<br>Suite 1060<br>Austin, TX 78701 |
| Steve D. Shadowen, Esq.<br>Monica L. Rebuck, Esq.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>30 North Third Street<br>Suite 700<br>Harrisburg, PA 17101-1713 | Joseph T. Lukens, Esq.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6933 |
| Linda Nussbaum, Esq.<br>Robert N. Kaplan, Esq.<br>KAPLAN FOX & KILSHEIMER, LLP<br>850 Third Avenue<br>New York, NY 10022 | Joseph Vanek<br>David Germaine<br>VANEK, VICKERS & MASINI, P.C.<br>111 S. Wacker Dr., Ste. 4050<br>Chicago, IL 60606 |
| Paul Slater<br>SPERLING & SLATER, P.C.<br>55 W. Monroe Street<br>Suite 3200<br>Chicago, IL 60603 | |

*Attorneys for Plaintiffs*