UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA

LOUISIANA WHOLESALE DRUG CO., INC.
2085 I-49
South Service Road
Sunset, Louisiana 70584
On Behalf of itself and all others similarly situated,

VS.

ASTRAZENECA PHARMACEUTICALS L.P.;
ASTRAZENECA L.P., ZENECA, INC.; and
ZENECA HOLDINGS, INC.

CIVIL ACTION NO. 06-cv-02157

CLASS ACTION COMPLAINT

JURY TRIAL DEMAND

*************************************************************************

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d), plaintiff, Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated, by and through undersigned counsel, hereby moves this Court for leave for Brent B. Barriere to appear as counsel *pro hac vice* in the above referenced case. In support of this Motion, the undersigned states:

1.  Stein, Mitchell & Mezines LLP has been retained as counsel for Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated in this case.

2.  Brent B. Barrier has been retained as counsel for Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated. Brent B. Barriere is a partner at the Law Offices of Phelps Dunbar, LLP, 365 Canal Street, One Canal Place, Suite 2000, New Orleans, Louisiana 70130. His telephone number is (504) 566-1311 and his fax number is (504) 568-9130.

3.  Mr. Barriere is a member in good standing of the Bar of the State of Louisiana since 1981 and, as such, is admitted to practice before the courts of the State of Louisiana.

4. Mr. Barrier has not been admitted to any other Bar.

5. Mr. Barrier has not been subject to disciplinary action by any Bar or court.

6. Mr. Barrier has not been admitted *pro hac vice* in this court within the last two years.

7. Mr. Barriere does not engage in the practice of law from an office located in the District of Columbia.

8. Mr. Barriere is not a member of the District of Columbia Bar nor does he have an application for membership pending.

9. The Declaration of Brent B. Barrier required by Local Civil Rule 83.2(d) is attached to this Motion as "Exhibit A."

In light of the foregoing, Stein, Mitchell & Mezines LLP, respectfully requests that Brent B. Barriere be admitted to appear as counsel *pro hac vice* in the above referenced case. A proposed order consistent with the foregoing is attached hereto.

Respectfully, Submitted,

_____/s/ David U. Fierst_____
**David U. Fierst**
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
(202) 737-7777
Fax: (202) 296-8312
Email: dfierst@steinmitchell.com

NO.99767590.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISIANA WHOLESALE DRUG CO., INC.**<br>2085 I-49<br>South Service Road<br>Sunset, Louisiana 70584<br>On Behalf of itself and all others similarly situated,<br><br>VS.<br><br>**ASTRAZENECA PHARMACEUTICALS L.P.;**<br>**ASTRAZENECA L.P., ZENECA, INC.; and**<br>**ZENECA HOLDINGS, INC.** | CIVIL ACTION NO. 06-cv-02157<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMAND |

**************************************************************************

## ORDER

UPON CONSIDERATION of Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated Motion for Admission *Pro Hac Vice* of Brent B. Barriere, and the grounds stated in support of the Motion and the Declaration of Brent B. Barriere, and the entire record herein, it is hereby

ORDERED that Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated Motion is granted; and it is

FURTHER ORDERED that Brent B. Barriere is admitted as Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated counsel *pro hac vice* in this case.

So ordered on this _____ day of _____, 2007.

_____
Honorable Richard W. Roberts
United States District Judge

NO.99767590.1

**EXHIBIT A**

NO.99767590.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA

LOUISIANA WHOLESALE DRUG CO., INC.
    2085 I-49
    South Service Road
    Sunset, Louisiana 70584
On Behalf of itself and all others similarly situated,

VS.

ASTRAZENECA PHARMACEUTICALS L.P.;
ASTRAZENECA L.P., ZENECA, INC.; and
ZENECA HOLDINGS, INC.

CIVIL ACTION NO. 06-cv-02157

CLASS ACTION COMPLAINT

JURY TRIAL DEMAND

*************************************************************************

### DECLARATION OF BRENT B. BARRIERE IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

I, Brent B. Barriere, do declare and state the following under penalty of perjury:

1. My full name is Brent B. Barriere.

2. I am an attorney at Phelps Dunbar LLP. My office is located at 365 Canal Street, One Canal Place, Suite 2000, New Orleans, Louisiana 70130. My telephone number is (504) 566-1311 and my fax number is (504) 568-9130.

3. I have been retained as counsel for plaintiff, Louisiana Wholesale Drug Company, Inc., on behalf of itself and all others similarly situated, to appear as counsel *pro hac vice* in the above referenced case, pursuant to Untied States District Court of the District of Columbia Local Civil Rule 83.2(d).

4. I am a member in good standing of the Bar of the State of Louisiana since 1981, and as such I am admitted to practice before the Courts of the State of Louisiana.

5. I have not been disciplined by any other bar.

6. I have never requested admission *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hoc vice* will serve the interests of Plaintiffs and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd day of October, 2007 in New Orleans, Louisiana

Respectfully submitted,

PHELPS DUNBAR LLP

BY: _____
Brent B. Barriere (La. Bar No. 2818)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

- 6 -

NO.99767590.1