**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

Walgreen Co., et al.,
        Plaintiffs,
        v.
AstraZeneca Pharmaceuticals L.P., et al.,
        Defendants.
_____

Civil Case Number:
1:06-cv-02084-RWR

Rite Aid Corporation, et al.,
        Plaintiffs,
        v.
AstraZeneca Pharmaceuticals L.P., et al.,
        Defendants.
_____

Civil Case Number:
1:06-cv-02089-RWR

Louisiana Wholesale Drug Co, Inc., et al.,
        Plaintiff,
        v.
AstraZeneca Pharmaceuticals L.P., et al.,
        Defendants.
_____

Civil Case Number:
1:06-cv-02157-RWR

Burlington Drug Company, Inc., et al.,
        Plaintiffs,
        v.
AstraZeneca Pharmaceuticals L.P., et al.,
        Defendants.
_____

Civil Case Number:
1:07-cv-00041-RWR

Meijer, Inc., et al.,
        Plaintiffs,
        v.
AstraZeneca Pharmaceuticals L.P., et al.,
        Defendants.
_____

Civil Case Number:
1:06-cv-02155-RWR

**DEFENDANTS' RESPONSE TO PLAINTIFFS' SUBMISSION OF
SUPPLEMENTAL AUTHORITY IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

Plaintiffs' description of *Xerox Corp. v. Media Sciences Int'l, Inc.*, ___ F. Supp. 2d ___, 2007 WL 2685063 (S.D.N.Y. Sept. 14, 2007), omits one of the central allegations in the complaint – that, because of defendant's actions, "[o]ne of two producers in the market will have

been driven out and no competitors will be able to enter, offering consumers fewer choices." *Id*. at \*4. The complaint alleged that defendant "discontinued (or intends to discontinue) those [products] that do not [use the new design], in order to have its patent cover the entire market." *Id*. at \*1. Under these circumstances, the court stated that patenting the modified product could be unlawful "if its purpose was entirely predatory and it reduces consumer options." *Id*. at \*10.

This allegation is important because, as Defendants have shown, the conduct alleged in the complaints herein expanded consumer options and was not predatory. *See* Reply Statement of Points and Authorities in Support of Defendants' Motion to Dismiss, Section I.A (pages 2-3) and I.C.2 (pages 15-16).

Dated:  October 29, 2007                                      Respectfully submitted,

By:     /s/John W. Treece

Mark E. Haddad (D.C. Bar No. 442547)
Joshua E. Anderson (*pro hac vice*)
Alycia A. Degen (*pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
(213) 896-6000
(213) 896-6600 (fax)

John W. Treece (*pro hac vice*)
David M. Schiffman (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000
(312) 853-7036 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of October, 2007, served a true and correct copy of the foregoing on below-listed counsel of record in this proceeding, by electronic means, as well as by United States mail, properly addressed and first class postage prepaid.

          /s/John W. Treece          
            John W. Treece

**COUNSEL OF RECORD**:

Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131

Linda P. Nussbaum
Kaplan, Fox & Kilsheimer LLP
805 Third Ave.
New York, NY 10022

Robert D.W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131

Steve D. Shadowen
Monica L. Rebuck
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA  17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

David U. Fierst (D.C. Bar 912899)
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein
Barry S. Taus
Bret Cebulash
Kevin S. Landau
Elena K. Chan
Anne K. Fornecker
Kimberly Hennings
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, New York 10011

L. Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
Percy, Smith & Foote LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309

Daniel Berger
David F. Sorensen
Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Brent B. Barriere
Phelps Dunbar LLP
365 Canal Street, Ste. 2000
New Orleans, LA  70130

Adam Moskowitz
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134

Joseph Vanek
David Germaine
Vanek, Vickers & Masini, P.C.
111 S. Wacker Dr., Ste. 4050
Chicago, IL 60606

Robert N. Kaplan
Linda Nussbaum
Susan R. Schwaiger
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022

Paul Slater
Sperling & Slater, P.C.
55 W. Monroe Street
Suite 3200
Chicago, IL 60603

CH1 4028721v.1