UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN COMPANY et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 06-2084 (RWR)<br>) |
| ASTRAZENECA PHARMACEUTICALS L.P. et al., | )<br>)<br>) |
| Defendants. | )<br>) |
| RITE AID CORPORATION et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 06-2089 (RWR)<br>) |
| ASTRAZENECA PHARMACEUTICALS L.P. et al., | )<br>)<br>) |
| Defendants. | )<br>) |
| MEIJER, INC. et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 06-2155 (RWR)<br>) |
| ASTRAZENECA PHARMACEUTICALS L.P. et al., | )<br>)<br>) |
| Defendants. | )<br>) |

-2-

```
_____
                              )
LOUISIANA WHOLESALE DRUG      )
CO., INC. et al.,             )
                              )
        Plaintiffs,           )
                              )
        v.                    )   Civil Action No. 06-2157 (RWR)
                              )
ASTRAZENECA PHARMACEUTICALS   )
LP et al.,                    )
                              )
        Defendants.           )
_____)
                              )
BURLINGTON DRUG COMPANY,      )
INC. et al.,                  )
                              )
        Plaintiffs,           )
                              )
        v.                    )   Civil Action No. 07-0041 (RWR)
                              )
ASTRAZENECA PHARMACEUTICALS   )
LP et al.,                    )
                              )
        Defendants.           )
_____)
```

## ERRATA

This court's errata [55] dated February 26, 2008 to the memorandum opinion [53] is amended as follows:

1. On page 1, line 1, "February 25, 2008" replaces "February 25, 2006."

SO ORDERED.

-3-

SIGNED this 27th day of February, 2008.

                                                              /s/\
                                      RICHARD W. ROBERTS\
                                      United States District Judge